IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUAN CARLOS SANCHO GARCIA,

    Petitioner,

v.                                                                     Civil Action No. **3:19CV590**

JEFFREY CRAWFORD,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on August 29, 2019, the Court served Petitioner's 28 U.S.C. § 2241 petition on the United States. On September 6, 2019, the United States Postal Service returned the August 29, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Released." (ECF No. 3 at 1.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                        /s/
                                                      M. Hannah Lauck
Date: September 10, 2019                 United States District Judge
Richmond, Virginia